UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ISAAC SIMMONS

    VS                                             CASE NO. 3:11cv424/MCR/CJK

CAMATIC PTY LTD et al.

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on October 23, 2012
Motion/Pleadings: DEFENDANTS, CAMATIC PARTY LTD and CAMATIC SEATING INC'S MOTION TO DISMISS OR STAY
Filed by Defendants    on 10/3/12    Doc.# 89
RESPONSES:
Unopposed    on 10/19/12    Doc.# 92 ¶2
    on    Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*s/ Katherine V. Goodman*
Deputy Clerk: Katherine V. Goodman

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 24th day of October, 2012, that:*

*The relief requested is GRANTED. The case is dismissed pursuant to Colorado River Water Conserv. Dist. v. United States, 424 U.S. 800 (1976). See also Ambrosia Coal & Constr. Co. v. Pages Morales, 368 F.3d 1320, 1330 (11th Cir. 2004).*

*M. Casey Rodgers*
*M. Casey Rodgers*
*Chief United States District Judge*